# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FIRST FARRAGUT UNITED METHODIST CHURCH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. _____ |
| SELECTIVE INSURANCE COMPANY OF AMERICA and SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, | ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) ) | |

## PETITION FOR REMOVAL

PLEASE TAKE NOTICE that the Defendants, Selective Insurance Company of America and Selective Insurance Company of the Southeast, hereby remove this case to the United States District Court for the Eastern District of Tennessee, Nashville Division, pursuant to 28 U.S.C. §§. 1441 and 1446. The grounds for the removal are as follows:

1. Plaintiff filed the above-styled action on December 21, 2012 against the Selective Insurance Company of America and Selective Insurance Company of the Southeast in the Chancery Court of Knox County, Tennessee in Knoxville, Tennessee. The suit is styled: *First Farragut United Methodist Church v. Selective Insurance Company of America and Selective Insurance Company of the Southeast,* docket number 184410-2. A true and correct copy of the pleading is attached hereto as Exhibit A.

2. The suit was served on these Defendants on January 3, 2013.

3. Other than the filing of the Complaint, no proceedings have taken place in this matter. These Defendants remove this action to the United States District Court for

the Eastern District of Tennessee, Nashville Division pursuant to the provisions of 28 U.S.C. § 1441 on the grounds that this Court has jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1333.

4. Plaintiff, First Farragut United Methodist Church, alleges in the Complaint that it is a religious organization located at 12733 Kingston Pike, Knoxville, Tennessee 37934.

5. The Selective Insurance Company of America and the Selective Insurance Company of the Southeast are correctly alleged in the Complaint to be foreign corporations engaged in the sale and issuance of insurance in Tennessee. Specifically, the Selective Insurance Company of America and the Selective Insurance Company of the Southeast are insurance companies in New Jersey and North Carolina, respectively.

6. This dispute is between persons of different states and the amount in dispute, based upon allegations as made, is in excess of $75,000.00, exclusive of costs and interest; therefore, it also meets the jurisdictional requirements of this Court pursuant to the provisions of 28 U.S.C. § 1332(a).

7. Venue is correct herein because Plaintiffs' action is pending in Knoxville, Knox County, Tennessee.

8. Counsel for these Defendants has served on counsel for Plaintiff a copy of this Petition for Removal. A Copy of the Petition for Removal will have been filed in the Knox County Chancery Court by these Defendants within 30 days of service of the Complaint on Defendants.

WHEREFORE, please take notice that Defendants, the Selective Insurance Company of America and the Selective Insurance Company of the Southeast, remove

the state action styled *First Farragut United Methodist Church v. Selective Insurance Company of America and Selective Insurance Company of the Southeast,* docket number 184410-2 from the Chancery Court of Knox County, where it is now pending, to the United States District Court for the Eastern District of Tennessee on this the 31st day of January, 2013.

Respectfully submitted,

**SPICER RUDSTROM PLLC**

   /s/ Marc O. Dedman
Marc O. Dedman, Esq. BPR# 14044
Bank of America Tower
414 Union Street, Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080 telephone
(615) 259-1522 facsimile
*Attorneys for SICA and SICSE*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been sent via United States mail, postage prepaid, properly addressed to:

Kelli L. Thompson, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Phone: (865) 549-7000

this __1st__ day of February 2013.

   /s/ Marc O. Dedman
Marc O. Dedman