THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FIRST FARRAGUT UNITED METHODIST CHURCH, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 3:13-CV-59 |
| SELECTIVE INSURANCE COMPANY ) OF AMERICA and SELECTIVE ) INSURANCE COMPANY OF THE ) SOUTHEAST, ) ) | JURY DEMAND |
| Defendants. | |

## MOTION TO DISMISS SELECTIVE INSURANCE COMPANY OF AMERICA WITHOUT PREJUDICE

Defendants Selective Insurance Company of America (incorrectly named in this litigation) and Selective Insurance Company of the Southeast move this Court to dismiss Selective Insurance Company of America from the above captioned case without prejudice based upon the following grounds.

Within the Answer to the Complaint filed in the above captioned case, the Defendants admitted that at times relevant to this matter Plaintiff was the named insured under policy number S1909854 issued by Selective Insurance Company of the Southeast. Selective Insurance Company of America was not the insurance carrier that provided the policy and it is asserted that Selective Insurance Company of America was incorrectly named as a defendant in this suit.

It is not anticipated that this Motion is or will be disputed and it is, therefore, requested that Selective Insurance Company of America be dismissed as a defendant in the above captioned case without prejudice.

Respectfully submitted,

**SPICER RUDSTROM PLLC**

**/s/ Michael J. Vetter, Sr.**
Michael J. Vetter, Sr.
BPR# 13642
Bank of America Tower
414 Union Street, Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080 telephone
(615) 259-1522 facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of June, 2013, the above captioned document was electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to those persons requesting notice, including the following:

Kelli L. Thompson, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000

/s/ Michael J. Vetter, Sr.
Michael J. Vetter, Sr.