THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

FIRST FARRAGUT UNITED )
METHODIST CHURCH, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 3:13-CV-59
 )
SELECTIVE INSURANCE COMPANY ) JURY DEMAND
OF AMERICA and SELECTIVE )
INSURANCE COMPANY OF THE )
SOUTHEAST, )
 )
    Defendants.

## AGREED ORDER DISMISSING SELECTIVE INSURANCE COMPANY OF AMERICA WITHOUT PREJUDICE

Recently, Selective Insurance Company of America and Selective Insurance Company of the Southeast moved this Court to dismiss Selective Insurance Company of America from the above captioned case without prejudice. As indicated by the signatures of counsel for the parties below, there is no opposition to the motion and it is agreed that Selective Insurance Company of America should be dismissed without prejudice.

Based upon the foregoing, and there being good cause, it is **ORDERED** that Selective Insurance Company of America is dismissed without prejudice. Any costs associated with this dismissal will be taxed with the remainder of the case at its conclusion.

Entered this 17th day of June, 2013.

*Thomas H. Phillips*
_____
District Court Judge


Approved for Entry:


SPICER RUDSTROM, PLLC

/s/ Michael J. Vetter, Sr.
_____
Michael J. Vetter, Sr.
BPR # 13642
Bank of America Plaza
414 Union Street
Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080
Attorneys for SICA and SICSE


BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ

/s/ Kelli L. Thompson
_____
Kelli L. Thompson
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000
Attorneys for First Farragut UMC