THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FIRST FARRAGUT UNITED METHODIST CHURCH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:13-CV-59 |
| SELECTIVE INSURANCE COMPANY OF AMERICA and SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, | ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

As indicated by the signatures of counsel for the parties below, the parties agree that the above-captioned case should be dismissed with prejudice.

Based upon the foregoing, and there being good cause, it is hereby **ORDERED** that the case is dismissed with prejudice as to all claims that were made or could have been made herein by the parties. Each party shall bear their own discretionary costs.

Entered this _____ day of February, 2015.


_____
United States District Court Judge

**Approved for Entry:**


**SPICER RUDSTROM PLLC**


/**s/**_ Michael J. Vetter, Sr._____
Michael J. Vetter, Sr.
BPR# 13642
Bank of America Tower
414 Union Street, Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080 telephone
(615) 259-1522 facsimile

/**s/**_ Kelli L. Thompson_____
Kelli L. Thompson
Baker, Donelson, Bearman, Caldwell & Berkowitz
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000